UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| **JOHN HAYLEY** and **LAUREN HAYLEY**, | § § § |
| *Plaintiffs*, | § § |
| v. | §  Civil Action No. 7:23-CV-00055-O |
| **MERIDIAN SECURITY INSURANCE COMPANY**, | § § § § |
| *Defendant*. | § § |

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

On this day, came on to be considered the Joint Motion to Dismiss with Prejudice (the "Motion") filed by John Hayley and Lauren Hayley (hereinafter, collectively, "Plaintiffs") and Defendant Meridian Security Insurance Company (hereinafter, "Defendant") and the Court, having considered the Motion, is of the opinion that said Motion should be in all things granted.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that all of Plaintiffs' claims and causes of action in the above-styled and numbered lawsuit are hereby **DISMISSED WITH PREJUDICE** to the refiling of same.

**IT IS, FURTHER, ORDERED, ADJUDGED AND DECREED** that all costs of Court incurred herein be borne by the party incurring same, and that all parties will pay their own attorneys' fees. All relief sought herein which is not expressly granted is hereby denied. This Order disposes of all issues and all parties, and is intended to be final and appealable.

**SIGNED this 3rd day of January, 2024.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**